# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            Plaintiff,<br><br>            v.<br><br>**RAFAEL ROA-CABRERA,**<br><br>            Defendant. | CR NO: 2:15-CR-050 JAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum                ☐ Ad Testificandum

Name of Detainee: Rafael ROA-CABRERA

Detained at: Deul Vocation Institution

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 8 U.S.C. §§ 1326(a) and (b)(2) Deported Alien Found in US
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **May 4, 2016** in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Katherine T. Lydon* |
| Printed Name & Phone No: | KATHERINE T. LYDON (916) 554-2722 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum                ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **May 4, 2016**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: April 11, 2016

*Allison Claire*

Honorable Allison Claire
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | AW4643 | DOB: | 10/11/1969 |
| Facility Address: | 23500 Kasson Road, Tracy, CA 95376 | Race: | C |
| Facility Phone: | (209) 835-4141 | FBI#: | Ukn |
| Currently | Unknown | | |

## RETURN OF SERVICE

Executed on: _____